IN THE UNITED STATES BANKRUPTCY CURT
FOR THE DISTRICT OF PUERTO RICO

JULIO A. PEÑA CANCEL
MIOSOTIZ ORTIZ TORRES

DEBTORS

BANCO BILBAO VIZCAYA - ARGENTARIA

MOVANT

VS.

JULIO A. PEÑA CANCEL
MIOSOTIZ ORTIZ TORRES
CHAPTER 13 TRUSTEE
ALEJANDRO OLIVERAS RIVERA

RESPONDENTS

CASE NO.: 09-08635 (MCF)

CHAPTER: 13

INDEX :

### NOTICE ON MOTION FOR RELIEF OF STAYS UNDER 11 USC SECTIONS 362

To the above named respondent (s): **Julio A. Peña Cancel** and **Miosotiz Ortiz Torres**, Po Box 233, Cabo Rojo, PR 00623.

You are hereby notified that on __MAY 16 2011__ the Above movant filed a Motion Seeking Relief from the Automatic Stay under 11 USC Section 362.

Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than five (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) from issuance.

You must file an answer to the motion within eleven (14) days from the service of this notice, and serve such answer upon movant or its attorney MARIA S. JIMENEZ MELENDEZ whose address is: MONTAÑEZ & ALICEA LAW OFFICES, 500 MUÑOZ RIVERA AVENUE, EL CENTRO I SUITE 214, HATO REY, P.R. 00918.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then __JUN 15 2011__ at __9:30 am__ at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur St. 5 Courtroom 5 , San Juan, Puerto Rico, is fixed as the time and place for the preliminary and/or final hearing on such motion.

CELESTINO MATTA-MENDEZ, CLERK
UNITED STATES BANKRUPTCY COURT

MAY 17 2011

DATE OF ISSUANCE:

By: /s/
Deputy Clerk

Rule 4001-1 of the Local Rule of the U.S. Bankruptcy Court for the District of Puerto Rico establishes the